UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03281 AOR

UNITED STATES OF AMERICA

vs.

GABRIEL OLASUNKANMI OKOWO OLORA,

    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _x_ No

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

BY: _____
       ELIZABETH YOUNG
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5501858
       99 NE 4th Street
       Miami, Florida 33132-2111
       Tel (202) 262-7560
       Fax (305) 530-7976
       Elizabeth.Young@usdoj.gov

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

GABRIEL OLASUNKANMI OKOWO OLORA,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-mj-03281 AOR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 7, 2019, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, GABRIEL OLASUNKANMI OKOWO OLORA, did in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make a false statement as to a material fact to an Officer of U.S. Customs and Border Protection, in violation of Title 18, United States Code, Section 1001(a)(2).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about August 7, 2019, the defendant, GABRIEL OLASUNKANMI OKOWO OLORA, arrived at Miami International Airport aboard British Airways Flight #209 from London-Heathrow, United Kingdom. The defendant presented a British passport to CBP for entry into the United States. Because Great Britain is a visa waiver country, the defendant did not need to present a U.S. visa for entry. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers queried immigration records which revealed that GABRIEL OLASUNKANMI OKOWO OLORA had previously been issued an alien file number under the identity of "S.J.," and that this was GABRIEL OLASUNKANMI OKOWO OLORA's second entry into the United States. Additional records checks indicated that GABRIEL OLASUNKANMI OKOWO OLORA had been arrested on or about April 28, 2000, by the Port Authority NY-NJ Police Department, under the name of "S.E.J.," and that on or about June 22, 2000, the defendant plead guilty and was convicted of Grand Larceny in the Queens County Supreme Court. A CBP records check showed that on July 30, 2019, the defendant completed an Electronic System for Travel Authorization application ("ESTA") form, which is a required electronic application for travel under the visa waiver program. Question 5 on the ESTA form asks, "Have you ever committed fraud or misrepresented yourself or others to obtain, or assist others to obtain, a visa or entry into the United States?" The defendant falsely stated "No." During a secondary interview, the defendant admitted that he entered the United States using his cousin's passport in the name of "S.E.J.," and that he was arrested in 2000 under his cousin's identity.

JESUS R. CORREA ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

AUGUST 9, 2019     at     Miami, Florida
Date                                                       City and State

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer